UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARIA ALONSO,

                    Plaintiff,

        v.

VERITY CREDIT UNION,

                    Defendant.

Case No. C26-0840-JCC

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. S. Kate Vaughan, United States Magistrate Judge:

Plaintiff's application to proceed *in forma pauperis* ("IFP"), Dkt. 1, is deficient. She reports her spouse's monthly income of $10,000 without listing his employer and left Section 3, which inquires about other sources of income, blank. *See id.* at 1. She also states that she has $100,000 in assets but does not describe that property nor each component's approximate value. *See id.* at 2. Finally, Plaintiff states that she has $8,820 in total monthly expenses, but it is unclear whether an additional $2,500 expended on dependent support is accounted for in that total. *See id.*

MINUTE ORDER - 1

The Court cannot assess Plaintiff's application for IFP as written.  Plaintiff must submit a revised IFP application within **twenty (20) days** of the date of this Order.  She must provide complete and detailed financial information, including details on all sources of income, accounts, and monthly expenses, and any further helpful information on why she cannot pay her filing fee.  Failure to comply with this Order may result in denial of IFP or dismissal of the case.

Dated this 17th day of March, 2026.

Joshua C. Lewis
Clerk of Court

By: s/ Stefanie Prather
Deputy Clerk

MINUTE ORDER - 2